John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 803909

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-60033 | 011-0 | BRUCE NEAL GAY<br>Original Check written to:<br>CHEROKEE COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxx0623 | 0.00 | 364.63 | 0.00 | 364.63 |
| 05-60135 | 004-0 | HAROLD E JOHNSON<br>Original Check written to:<br>HENDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxxxxxxxxxxxxxxxxxxx662- | 0.00 | 280.33 | 0.00 | 280.33 |
| 05-60281 | 012-0 | ROY WAYNE COLEMAN<br>Original Check written to:<br>LINDALE ISD<br>% LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxxxxxxxxxxxx5010 | 0.00 | 21.40 | 0.00 | 21.40 |
| 05-60329 | 004-0 | SHAWN BRYAN BLACKWELL<br>Original Check written to:<br>ANDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX  78680- | xxx4914 | 0.00 | 289.10 | 0.00 | 289.10 |
| 05-60329 | 006-0 | SHAWN BRYAN BLACKWELL<br>Original Check written to:<br>FRANKSTON ISD<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET#1600<br>DALLAS, TX  75201-2644 | xxx4914 | 0.00 | 951.82 | 0.00 | 951.82 |
| 05-60976 | 016-0 | PHYLLIS STEVENSON BLACK<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxxxxxxxxxxxx04,2 | 0.00 | 76.94 | 0.00 | 76.94 |
| 05-61315 | 003-0 | TIMOTHY F TURNER<br>Original Check written to:<br>SMITH COUNTY<br>TAX COLLECTOR<br>P O BOX 2011<br>TYLER, TX  75710-2011 | xxxxxxxxided | 0.00 | 782.31 | 0.00 | 782.31 |